No. 708. COHEN *v.* UNITED STATES. April 21, 1930. Petition for writ of certiorari to the Circuit Court of

Appeals for the Third Circuit denied. *Mr. William A. Gray* for petitioner. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.